IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00100-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

$35,153.00 IN UNITED STATES CURRENCY,
$4,600.00 IN UNITED STATES CURRENCY,
2004 FORD F350 SUPER DUTY, VIN: 1FTSW31P44EB55728,
ONE GOLD BAR, and
110 PIECES OF ASSORTED JEWELRY,

       Defendants.
_____

**FINAL ORDER OF FORFEITURE**
_____

THIS MATTER comes before the Court on the United States' Motion for Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action in rem pursuant to 21 U.S.C. § 881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT, the United States and claimants Guillermina Villarreal, Joel Gonzalez, and Jeanette Gonzalez have reached a settlement as to all defendant property;

THAT no other claims to the defendant properties identified below have been filed;

1

THAT it further appears there is cause to issue a forfeiture order as to $26,798.79 of defendant $35,153.00 in United States Currency and defendant 2004 Ford F350 Super Duty, VIN: 1FTSW31P44EB55728 under 21 U.S.C. § 881 in favor of the United States.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of $26,798.79 of defendant $35,153.00 in United States Currency and defendant 2004 Ford F350 Super Duty, VIN: 1FTSW31P44EB55728; the United States shall have full and legal title to $26,798.79 of defendant $35,153.00 in United States Currency and defendant 2004 Ford F350 Super Duty, VIN: 1FTSW31P44EB55728, and may dispose of defendant assets in accordance with law;

THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendant property pursuant to 28 U.S.C. § 2465.

SO ORDERED this __19th__ day of __February__, 2016.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK
United States District Judge